■ ELIZABETH ALDEN, Appellant, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Respondent. [828 NYS2d 226]—Appeal from an

order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered March 9, 2006. The order, among other things, granted defendant's motion to strike the note of issue and certificate of readiness.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Lunn, JJ.